IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41135
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALEJANDRO CAZARES-CHAVEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-247-1
- - - - - - - - - -
June 16, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Alejandro
Cazares-Chavez (Cazares) has requested leave to withdraw as
counsel and has filed a brief as required by *Anders v.
California*, 386 U.S. 738 (1967).  Cazares has received a copy of
counsel's motion and brief but has not filed a response.  Our
independent review of the brief and record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.